# APPENDIX. 725

JANE T. SMITH, Plaintiff, v. CITY OF DES MOINES, Defendant.

Appeal: SERVICE OF NOTICE: RECORD.

*Appeal from Polk District Court.*—HON. CHARLES A. BISHOP, Judge.

TUESDAY, FEBRUARY 2, 1892.

ACTION to recover damages for injuries alleged to have been sustained by reason of negligence on the part of the defendant. There was a trial by jury, and a verdict and judgment for the defendant. *Dismissed.*

*McHenry & McHenry* and *W. H. McHenry, Jr.*, for plaintiff.

*Hugh Brennan* and *Wm. H. Baily*, for defendant.

ROBINSON, C. J.—This cause is submitted on an abstract, an additional abstract, and a motion to dismiss and affirm. The failure of the plaintiff to present an argument would have deprived her of the right to a hearing in this court on the merits of the case. The additional abstract, which is not denied, states that notice of appeal has not been served on the clerk of the district court. This must be taken as true. The omission to serve the clerk with notice is fatal. See *State v. Clossner*, 84 Iowa, 401 (decided at present term of this court). The case is DISMISSED.]